Marc V. Kalagian
Attorney at Law: 149034
Law Offices of Rohlfing & Kalagian
211 East Ocean Boulevard, Suite 420
Tel: (562) 437-7006
Fax: (562) 432-2935
E-mail: Marc_RK.office@speakeasy.net
Attorneys for HENRI YOUNG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HENRI YOUNG,<br><br>         Plaintiff,<br><br>    vs.<br><br>MICHAEL ASTRUE,<br>COMMISSIONER OF THE SOCIAL<br>SECURITY ADMINISTRATION,<br><br>         Defendant. | Case No.: CV 06-4415 RZ<br><br>[PROPOSED]<br>ORDER JUDGMENT OF DISMISSAL WITH PREJUDICE |

Pursuant to the parties' stipulation to reopen this case for the purpose of entering a dismissal with prejudice and the Court's order reopening the case, it is hereby ordered and adjudged that this case is dismissed with prejudice, with each party to bear its own costs and fees, including attorney fees.

DATED: March 12, 2010

_____
UNITED STATES MAGISTRATE JUDGE

-1-